# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 22-2460

———————————————

Theresa Marshall

*Plaintiff - Appellant*

v.

Educational Credit Management Group; Educational Credit Management Corporation, ECMC; Kimberly Wood Tucker, Attorney

*Defendants - Appellees*

———————————————

No. 22-2470

———————————————

Theresa Marshall

*Plaintiff - Appellant*

v.

Wells Fargo & Company; Wells Fargo Bank NA; Deutsche Bank National Trust Company, as Trustee for Vendee Mortgage Trust 1993-1, United States Department of Veterans Administration's Guaranteed Pass-Through Certificate

*Defendants - Appellees*

———————

Appeals from United States District Court
for the Eastern District of Arkansas - Central

———————

Submitted: January 19, 2023
Filed: January 24, 2023
[Unpublished]
_____

Before SHEPHERD, GRASZ, and KOBES, Circuit Judges.

_____

PER CURIAM.

In these back-to-back appeals, Arkansas resident Theresa Marshall appeals the district court's[1] dismissal of her pro se complaints. Upon careful review, we conclude that the district court did not err in dismissing the cases. See Laclede Gas Co. v. St. Charles Cnty., Mo., 713 F.3d 413, 417 (8th Cir. 2013) (de novo review of dismissal for lack of subject matter jurisdiction); Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (28 U.S.C. § 1915(e) dismissal for failure to state a claim is reviewed de novo). Accordingly, we affirm in both appeals, see 8th Cir. R. 47B, and we deny Marshall's pending motions as moot.

_____

_____

[1]The Honorable D.P. Marshall Jr., Chief Judge, United States District Court for the Eastern District of Arkansas.